IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS L. JACKSON  PLAINTIFF

VERSUS  CIVIL ACTION NO: 1:04cv111WJG-JMR

ANTHONY J. PRINCEPS, Secretary of
Veterans Affairs  DEFENDANT

## FINAL JUDGMENT

This cause comes before the Court on the motion [16-1] of Defendant Anthony J. PRINCEPS, Secretary of Veterans Affairs to dismiss, or in the alternative for summary judgment pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56(c). Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendant's motion [16-1] to dismiss be, and is hereby, converted to a motion for summary judgment. It is further,

ORDERED AND ADJUDGED that the Defendant's motion [16-1] for summary judgment be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs.

SO ORDERED AND ADJUDGED this the 11th day of May, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE